U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 18 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | : | DOCKET NO. 2:04 CV 0781 |
| VS. | : | JUDGE MINALDI |
| JAMES BENNETT | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Judgment issued by the Fifth Circuit Court of Appeal on November 13, 2006, and considering Directv, Inc.'s Motion for Default Judgment against the defendant, James Bennett, the court finds that the record supports default judgment. Accordingly,

IT IS ORDERED that the Clerk of Court vacate the judgment issued by this court on July 26, 2005.

IT IS FURTHER ORDERED that the Clerk of Court enter default judgment against the defendant, James Bennett, in the sum of $10,000 in statutory damages pursuant to 18 U.S.C. §2520(c)(2), with costs and disbursements in the amount of $251.29, and attorneys fees in the sum of $2,273.75, totaling $12,525.04, plus post judgment interest at the legal rate from the July 26, 2007 until paid.

IT IS FURTHER ORDERED and ADJUDGED that Directv's Motion for a Permanent

Injunction IS DENIED.

Lake Charles, Louisiana, this __17__ day of September, 2007.

                                                      PATRICIA MINALDI
                                                     UNITED STATES DISTRICT JUDGE